OCONOMOWOC, WISCONSIN
ST. CHARLES, ILLINOIS
CHICAGO, ILLINOIS
MINNEAPOLIS, MINNESOTA
DAVENPORT, IOWA



ALAN E. SENECZKO
MANAGING SHAREHOLDER – WISCONSIN

1860 EXECUTIVE DR., SUITE E-1
OCONOMOWOC, WISCONSIN 53066
TEL: (262) 560-9696
FAX: (262) 560-9677
ALSENECZKO@WESSELSSHERMAN.COM

May 19, 2022

U.S. Magistrate Judge
Stephen L. Crocker
United States District Court
Western District of Wisconsin
Madison, WI 53703

Re:   *Feldhusen v. Princeton Club*
      Case No. 3:20-CV-1022

Judge Crocker,

Plaintiff has failed to oppose or otherwise respond to Defendant's Motion to Compel (Doc. #29) and the Court's deadline for responding (May 17). As a result, Defendant will not be submitting a reply and requests that the Court now decide the Motion. Thank you.

Sincerely,

WESSELS SHERMAN

/s/ *Alan E. Seneczko*

Alan E. Seneczko
Attorney at Law

AES:bk